. Núm. 8483.—Arce, aplte. *v.* Galbán et als., apldos.—C. D. Aguadilla. ▮▮▮▮▮ Enero 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista sin asistencia de las partes la moción radicada por los demandados apelados para que el presente recurso sea desestimado por no haber sido proseguido con la debida diligencia;

Por cuanto, de la certificación expedida por el secretario de la Corte de Distrito de Aguadilla, anexa a dicha moción, aparece que la sentencia recurrida fué dictada el 31 de agosto de 1939; que el escrito de apelación fué radicado el 11 de septiembre de 1939; que a pesar de haberse ordenado con fecha 13 de septiembre, 1939, la preparación de la transcripción de evidencia, y no obstante las numerosas prórrogas concedidas al apelante para la radicación ante esta Corte Suprema de la transcripción de evidencia, el apelante no ha radicado dicha transcripción;

Por lo tanto, se declara con lugar dicha moción y se desestima por abandono el recurso.